IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND and
PATRICK LANDGRAF (in his capacity
as Trustee),

                                                                      ORDER

                      Plaintiffs,

                                                      13-cv-13-bbc

    v.

KEIL PLUMBING & HEATING, LLC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to the court's order of May 3, 2013, the clerk of court is directed to close this case administratively subject to reopening by either side for good cause shown.

      Dated this 6th day of June, 2013.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge